No. 80–947. CHANEY v. OKLAHOMA. Ct. Crim. App. Okla.;

No. 80–1204. ANDERSON v. NEBRASKA. Sup. Ct. Neb.;

No. 80–5862. HOCHSTEIN v. NEBRASKA. Sup. Ct. Neb.; and

No. 80–6127. McDOWELL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. Reported below: No. 80–947, 612 P. 2d 269; Nos. 80–1204 and 80–5862, 207 Neb. 51, 296 N. W. 2d 440; No. 80–6127, 301 N. C. 279, 271 S. E. 2d 286.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–972. OLDAG v. CATHOLIC CHARITIES OF THE DIOCESE OF GALVESTON-HOUSTON ET AL. Sup. Ct. Tex. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 80–1137. APPALACHIAN INSURANCE CO. ET AL. v. UNITED STATES;

No. 80–1145. AID INSURANCE CO. ET AL. v. UNITED STATES; and

No. 80–1178. AETNA INSURANCE CO. ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of these petitions. Reported below: 628 F. 2d 1201.